AJL

U.S. PROBATION OFFICE

2007 JUL 30 PM 4:25

PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

07 CR 10271

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Court) 1:03CR00041-001 | | | |
| DOCKET NUMBER (Rec. Court) | | | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>**Kasim Adamson** | DISTRICT<br>Rhode Island | DIVISION<br>Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable William E. Smith<br>U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>December 22, 2006 | TO:<br>December 21, 2011 |

MAGISTRATE JUDGE Dein

OFFENSE

Possession With Intent to Distribute Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

7/27/07
*Date*

WESmith
*Honorable William E. Smith*
*U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 17, 2007
*Date*

[signature]
*United States District Judge*

U.S. PROBATION OFFICE DISTRICT OF RI

2007 JUL 30 PM 4:25

PROB.22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | | |
|---|---|---|
| PROB.22 (Rev. 2/88) TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 1:03CR00041-001 |
| | | DOCKET NUMBER (Rec. Court) 07 CR 10271 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE **Kasim Adamson** | DISTRICT Rhode Island | DIVISION Providence |
| | NAME OF SENTENCING JUDGE Honorable William E. Smith U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM: December 22, 2006 — TO: December 21, 2011 |

MAGISTRATE JUDGE Dein

OFFENSE

Possession With Intent to Distribute Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

7/27/07
*Date*

WESmith
*Honorable William E. Smith*
*U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby certify on 8/21/07 that the foregoing document is true and correct copy of the electronic docket in the captioned case electronically filed original filed on 8/17/07 in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

August 17, 2007
*Date*

Michael A. Wolf
*United States District Judge*